UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

LONETTA WARMAN and KATHERINE )
MERANDA, )
      Plaintiffs, )
)
  vs. ) 1:10-cv-1477-RLY-MJD
)
CEC CORPORATION d/b/a CHUCK E. )
CHEESE, )
      Defendant. )

**ORDER ON DEFENDANT'S MOTION TO SEVER**

On November 17, 2010, Lonetta Warman and Katherine Meranda (collectively "Plaintiffs") filed a complaint against CEC Corporation d/b/a Chuck E. Cheese ("Defendant")[1], alleging gender discrimination, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"). On January 31, 2011, Defendant filed a Motion to Sever or, Alternatively, for Separate Briefing and Trials, claiming that joinder under Federal Rule of Civil Procedure 20(a) is improper in this case because Plaintiffs' claims are not of the same transaction, occurrence, or series of transactions or occurrences and do not share a common question of law or fact. Alternatively, Defendant argues that if the court does not sever the parties, it should order separate trials to avoid prejudice to Defendant pursuant to Federal Rule of Civil

---

[1] Defendant notes that it should be identified as "CEC Entertainment, Inc. d/b/a Chuck E. Cheese."

Procedure 42(b). The court notes that Plaintiffs neglected to respond to Defendant's Motion.

The court has broad authority to sever claims or parties under Federal Rule of Civil Procedure 21. *See Rice v. Sunrise Express, Inc.*, 209 F.3d 1008, 1016 (7th Cir. 2000). In deciding whether to sever, the court must determine whether Plaintiffs' claims arise out of the same series of transactions or occurrences. *See* FED. R. CIV. P. 20(a). Other than the fact that Plaintiffs were employed by Defendant and present claims arising under Title VII, Plaintiffs' claims have nothing in common. Plaintiffs worked at two different locations of Defendant, had different supervisors, and base their claims on a different set of facts and legal theories. Therefore, the court **GRANTS** Defendant's Motion to Sever (Docket # 14).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims are hereby severed for purposes of briefing summary judgment and, if necessary, trial.

**SO ORDERED** this 7th day of September 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies To:

Stuart R. Buttrick
BAKER & DANIELS
stuart.buttrick@bakerd.com

Joseph C. Pettygrove
BAKER & DANIELS - Indianapolis
joseph.pettygrove@bakerd.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrjustice@aol.com

Andrew D. Schrier
ROBERTS AND BISHOP
aschrier@roberts-bishop.com